GERTRUDE ESTIN, Respondent, *v.* JOSEPH ESTIN, Appellant.

Submitted January 6, 1947; decided January 16, 1947.

*James G. Purdy* and *George S. Wing* for motion.

*Roy Guthman* opposed.

Motion denied, with $10 costs and necessary printing disbursements on the ground that an appeal lies as of right upon a constitutional question. (See Civ. Prac. Act, § 588, subd. 1, cl. [a].)